IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.J., FATHER OF J.O., AND J.O., CHILDREN,

     Appellant,

                          Case No.  5D22-761

v.                          LT Case No. 2019-DP-001707

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.
_____/

Decision filed August 26, 2022

Appeal from the Circuit Court
for Brevard County,
Kelly J. McKibben, Judge.

Richard F. Joyce, of Office of Criminal
Conflict and Civil Regional Counsel,
Casselberry, for  Appellant.

Kelley Schaeffer, of Children's Legal
Services, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director
of Appeals, and Amanda Victoria Glass, Senior
Attorney, of Statewide Guardian ad Litem Office,
Tallahassee, for Guardian ad Litem.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS, and EISNAUGLE, JJ., concur.